IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **TERRY L. SCHMIDT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No.: 10-01292-CV-W-JTM |
| **CONTINENTAL ASSURANCE COMPANY and TRUSTMARK INSURANCE COMPANY,** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Terry L. Schmidt ("Plaintiff"), and Defendants Continental Assurance Company and Trustmark Insurance Company (together, "Defendants"), having stipulated to a dismissal of this action; it is accordingly

**ORDERED**, that all claims, demands, and causes of action asserted or assertable herein shall be, and the same are hereby, **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    */s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**